83,019-01

TR. CT. NO. 1443972-A          WR-83,019-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

EX PARTE                          § IN THE COURT OF

TIMOTHY DEWAYNE WRIGHT    § CRIMINAL APPEALS

APPLICANT                         § OF AUSTIN, TEXAS


OBJECTIONS TO THE STATES PROPOSED
FINDINGS OF FACT, CONCLUSIONS OF LAW
AND ORDER (AMENDED)


TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, TIMOTHY DEWAYNE WRIGHT, APPLICANT,
AND FILES THIS OBJECTIONS TO THE STATES
PROPOSED FINDINGS OF FACTS, CONCLUSION
OF LAW AND ORDER, IN CAUSE NO. 1443972-A
AND WR-83,019-01, THE APPLICANT SHALL SHOW
THE COURT THE FOLLOWING:

I

THE STATE MISCONSTRUED APPLICANTS
WRIT OF HABEAS CORPUS AS BEING FILED
UNDER ARTICLE 11.07 SEC. 3 OF THE

TEXAS CODE OF CRIMINAL PROCEDURE.

## II

APPLICANTS WRIT OF HABEAS CORPUS CLEARLY STATES THAT IT IS PURSUANT TO ARTICLE 11.07 SEC. 2, OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

## III

ARTICLE 11.07 SEC. 2, OF THE TEXAS CODE OF CRIMINAL PROCEDURE STATES:

"AFTER INDICTMENT FOUND IN ANY FELONY CASE, OTHER THAN A CASE IN WHICH THE DEATH PENALTY IS IMPOSED, AND BEFORE CONVICTION, THE WRIT MUST BE MADE RETURNABLE IN THE COUNTY WHERE THE OFFENSE HAS BEEN COMMITTED."

## IV

THEREFORE, ARTICLE 11.07 SEC. 2, OF THE TEXAS CODE OF CRIMINAL PROCEDURE, INVOKE JURISDICTION TO THE COURT OF CRIMINAL APPEALS.

## V

THE STATE DOES NOT AGREE WITH THE APPLICATION FOR WRIT OF HABEAS CORPUS. BUT DO AGREE WITH OFFICIAL COURT RECORDS.

## VI

OFFICIAL COURT RECORDS SUCH AS THE OFFENSE REPORT WOULD Support APPLICATION FOR WRIT OF HABEAS CORPUS.

## VII

WHICH IS WHY THE COURT OF 352ST DISTRICT OF HARRIS COUNTY, ONLY OF OFFERED TO SEND ONLY THE INDICTMENT ~~BROUGH~~ T.W. KNOWING THE INDICTMENT WILL GIVE LACK OF INFORMATION.

THEREFORE, THE APPLICANT REQUESTS THAT THIS HONORABLE COURT DENY THE STATES PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER, SO THAT THE APPLICANT MAY BE GRANTED RELIEF FOR FREEDOM.

RESPECTFULLY

_Timothy Dewayne Wright_
APPLICANT

TIMOTHY DEWAYNE WRIGHT
SPIN NO. 01577948 / CELL 6CI
701 NORTH SAN JACINTO
Houston, Texas 77002